# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KIMBERLY CUMMINGS, | ) | CASE NO. 5:17CV02165 |
| | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | **ORDER OF DISMISSAL WITH** |
| COMPANY OF AMERICA, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

In consideration of the Parties' Joint Stipulation of Dismissal, it is hereby ordered that the above captioned lawsuit is DISMISSED WITH PREJUDICE.

Entered this __20th__ day of _____February_____, 2018.


/s/ John R. Adams
JUDGE JOHN R. ADAMS